1060

[No. 49633-6-I. Division One. May 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRIS LYNN
ANGELL, *Appellant*.

Appeal from judgments of the Superior Court for Snohomish County, No. 01-1-00883-2, Gerald L. Knight, J., entered November 1 and 2, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49686-7-I. Division One. May 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARK SCOTTMAN
GIBSON, *Defendant*, MATTHEW L. SCHNEIDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01630-6, Ronald Kessler, J., entered November 5, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49719-7-I. Division One. May 5, 2003.]

FREDERICK J. BROWN, *Respondent*, v. THE CITY OF SEATTLE,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-09714-0, J. Kathleen Learned, J., entered December 7, 2001. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Coleman and Appelwick, JJ. Now published at 117 Wn. App. 781.

[No. 49880-1-I. Division One. May 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD MALOY,
*Appellant*.

Appeal from judgments of the Superior Court for King County, No. 01-1-06014-3, Charles W. Mertel, J., entered December 10 and 13, 2001. *Affirmed* by unpublished per curiam opinion.